**No. 09-10297. Duane D. Mays, Petitioner v. United States.**

560 U.S. 933, 130 S. Ct. 3340, 176 L. Ed. 2d 1235, 2010 U.S. LEXIS 4280.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 593 F.3d 603.

**No. 09-10301. David Fitzgerald Lightner, Petitioner v. United States.**

560 U.S. 933, 130 S. Ct. 3341, 176 L. Ed. 2d 1235, 2010 U.S. LEXIS 4278.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 359 Fed. Appx. 398.

**No. 09-10303. James D. Parker, Petitioner v. United States.**

560 U.S. 933, 130 S. Ct. 3341, 176 L. Ed. 2d 1235, 2010 U.S. LEXIS 4185.

May 24, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 985 A.2d 464.

**No. 09-10307. Vicente Torres, Petitioner v. Terry McCann, Warden.**

560 U.S. 933, 130 S. Ct. 3341, 176 L. Ed. 2d 1235, 2010 U.S. LEXIS 4246.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-10308. Jose Santiago Vera, Petitioner v. United States.**

560 U.S. 933, 130 S. Ct. 3341, 176 L. Ed. 2d 1235, 2010 U.S. LEXIS 4223.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 362 Fed. Appx. 199.

**No. 09-10309. Darcy Ira Thigpen, Petitioner v. United States.**

560 U.S. 933, 130 S. Ct. 3341, 176 L. Ed. 2d 1235, 2010 U.S. LEXIS 4269.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 363 Fed. Appx. 489.

**No. 09-10310. Kevin Wilson, Petitioner v. United States.**

560 U.S. 933, 130 S. Ct. 3341, 176 L. Ed. 2d 1235, 2010 U.S. LEXIS 4370.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 344 Fed. Appx. 559.

**No. 09-10317. Fernando Arias-Gonzales, Petitioner v. United States.**

560 U.S. 933, 130 S. Ct. 3342, 176 L. Ed. 2d 1235, 2010 U.S. LEXIS 4291.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 356 Fed. Appx. 895.